UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

No. 24-cr-20380

-vs-

Honorable Laurie J. Michelson

DEVIN REED,
        Defendant.

### ORDER SETTING DEADLINES AND TRIAL DATE

Pursuant to the Court's Order Granting Government's Motion to Adjourn Trial (ECF No. 37) and Amended Criminal Trial Scheduling Order (ECF No. 38), and given the defense counsel's trial schedule for another matter, which causes his unavailability for February 5, 2025, the case will proceed with the alternative dates as follow:

| EVENT | DEADLINE |
| --- | --- |
| Motions *in Limine* and Response to FRE 902 Notice | January 17, 2025 |
| Responses to Motions *in Limine* and Government's Response to ECF No. 35 | January 24, 2025 |
| Pretrial Submissions: proposed joint jury instructions, proposed joint verdict form, proposed voir dire, joint one-paragraph summary of the case, witness and exhibit lists, and any stipulations | February 3, 2025 |
| Jury Trial | February 26, 2025 |

IT IS SO ORDERED.

/s/Laurie J. Michelson
Honorable Laurie J. Michelson
United States District Judge

Entered: January 10, 2025

IT IS SO STIPULATED.

s/ *Zachary A. Zurek*
Zachary A. Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone:  313-226-0285
Zachary.Zurek2@usdoj.gov

*s/ Christopher Quinn, II* (w/ consent)
Christopher W. Quinn, II
Counsel for Defendant
400 Monroe, Suite 330
Detroit, MI 48226
Phone 313-967-7847
chris@winwithattorneyquinn.com

Dated: January 10, 2025